# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:  Larry M Bobbitt** <br> **Karen Bobbitt** <br> **Debtor(s)** | **CASE NO.    99-01124** <br><br> **CHAPTER   7** |

## NOTICE OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

You are hereby notified that Grace Recovery Center LLC   has filed an application for payment of unclaimed funds in the amount of $5525.35 in the above case. Objections to the application are to be filed within twenty-one (21) days of the date of this Notice. If no objections are filed, an order granting the application may be entered without a hearing and without further notice.

Service of this notice is being made upon the debtor(s), counsel for the debtor(s), the trustee, the U.S. Trustee's Office, and the Office of the U.S. Attorney.

**DATED: June 14, 2021**

                                            **JAMES W. REYNOLDS**
                                            **CLERK OF COURT**

                     By:          /s/   **Lisa A. Maddox**
                                         **Deputy Clerk**